IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| JAMES VAN WINKLE, | § |
| Plaintiff, | § § § |
| vs. | § CIVIL ACTION H-16-2694 |
| PINECROFT CENTER, L.P., *ET AL.*, | § § § |
| Defendants. | § |

## OPINION AND ORDER

Pending before the Court in the above reference suit, grounded in the Americans with Disabilities Act, 42 U.S.C. §12101, *et al.*, are Plaintiff James Van Winkle's motion for entry of Clerk's default (instrument #19) against Defendant TRU 2005 RE I, L.L.C. and Plaintiff's notice of voluntary dismissal without prejudice under Rule 41(a)(1)(A)(i)(instrument #16) of Defendant Pinecroft Center, L.P.

After numerous extensions of time to answer the complaint, granted to TRU 2005 RE I, L.L.C., it filed its answer (#41) to the complaint on January 9, 2017. Thus the Court

ORDERS the motion for entry of default (#19) is DENIED.

Pursuant to the notice of voluntary dismissal of Pinecroft Center, L.P., d/b/a Pinecroft Partners, L.P., the Court

ORDERS that it is DISMISSED without prejudice, with each party to bear its own fees and costs.

**SIGNED** at Houston, Texas, this 3rd day of May, 2017.

_____
MELINDA HARMON
UNITED STATES DISTRICT JUDGE